# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

ERIN E. REED, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 17-01424

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ERIN E. REED the above process on the 24 day of May, 2017, at 11:45 o'clock, A.M., at 507 MAIN STREET AKRON, PA 17501, County of Lancaster, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 31-35   Height 5'5   Weight 150   Race WHITE   Sex FEMALE   Hair BROWN
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of __Pa__       )
                                   ) SS:
County of __Berks__                )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-168047
Case ID #: 4890381

Subscribed and sworn to before me this __25__ day of __MAY__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017