IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-1424 |
| | : | |
| v. | : | |
| | : | |
| ERIN E. REED, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of June, 2017, the plaintiff having moved for the entry of a default judgment against the defendant (Doc. No. 6); accordingly, it is hereby **ORDERED** that the court will hold a hearing on the motion on **Monday, July 24, 2017**, at **1:30 p.m.**, at the Holmes Building, 4th Floor, 101 Larry Holmes Drive, Easton, Pennsylvania.

## NOTICE TO DEFENDANT

THE DEFENDANT IS HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER A DEFAULT JUDGMENT SHALL BE ENTERED AGAINST HER AND THE AMOUNT OF THAT JUDGMENT. THE DEFENDANT HAS THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF. IF THE DEFENDANT FAILS TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HER BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.

**IT IS FURTHER ORDERED** that the plaintiff shall serve this order upon the defendant by personal service and submit a verification of service prior to the hearing.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.