<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                    Plaintiff<br><br>vs.<br><br>ERIN E. REED<br><br>                                    Defendant | CIVIL NO. 17-01424 |

**CERTIFICATE OF SERVICE**

I, Thomas I. Puleo, Esquire, hereby certifies that the foregoing Order has been served by personal service, upon the parties listed below on July 7, 2017.

ERIN E. REED
507 Main Street
Akron, PA 17501-1314

                                        Respectfully submitted,

                                        KML Law Group, P.C.

                                        By: _____
                                        Thomas I. Puleo, Esquire
                                        Pennsylvania Attorney I.D. No. 27615
                                        Suite 5000 – BNY Independence Center
                                        701 Market Street
                                        Philadelphia, PA  19106-1532
                                        (215) 825-6309

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

ERIN E. REED; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 17-01424

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ERIN E. REED the above process on the 7 day of July, 2017, at 1:30 o'clock, PM, at 507 MAIN STREET AKRON, PA 17501, County of Lancaster, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 31-35   Height 5'4   Weight 180   Race WHITE   Sex MALE   Hair BROWN
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of __Pa__ )
                              ) SS:
County of __Berks__           )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-168047
Case ID #: 4931844

Subscribed and sworn to before me
this __11__ day of __July__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017