| Previous | Current | Next | | FMP1CICS FMP1 FHCD3 FBST CD3 FBSET:0.983 | | |
|---|---|---|---|---|---|---|
| **PAYOFF FUNDS PANEL** | | | | 650 2/09/2017 7:21:04 AM ETPFSP576 | | 3 4 |

Account Number ▮▮▮▮▮▮▮  Name ERIN E REED

**Funds Detail Information**
| | | |
|---|---|---|
| Principal | | 128251.20 |
| Interest From | 06/19/13 | |
| To | 02/09/17 | 19876.18 |
| | | 5457.10 |
| Escrow/Impound Required | | 0.00 |
| FHA Premium Due HUD | | 0.00 |
| Optional Insurance | | 0.00 |
| Late Charges Due | | 449.27 |
| P&I Advance | | 0.00 |
| Deferred Amounts | | 0.00 |
| Fees Assessed with Payoff Quote | | 0.00 |
| Fees Required with Payoff Funds | | 636.59 |
| Fees Currently Assessed | | 10499.44 |
| Buyer Assistance | | 0.00 |

**Funds to be Credited**
| | |
|---|---|
| Less Escrow/Impound Funds | 0.00 |
| Less Unapplied Funds | 0.00 |
| Less Buydown Funds | 0.00 |
| Less Financed Cov Rebate Funds | 0.00 |
| Less SAC Amounts Paid | 0.00 |
| Less Remaining PRA | 0.00 |
| Payoff Funds Required | 165169.78 |

**Funds Retained**
| | |
|---|---|
| Escrow/Impound Funds | 0.00 |
| Unapplied Funds | 0.00 |
| Buydown Funds | 0.00 |

**Escrow/Impound Required**

**Interest Calculations**
| Rate | From | To/Thru | Int Due |
|---|---|---|---|
| 4.250 | 06/19/13 | 01/19/17 | 19562.58 |
| 4.250 | 01/19/17 | 02/09/17 | 313.60 |

**Per Diem/Expiration Information**
After 02/08/17    Add    14.9334
  AND RECOV/COST INT PERDIEM    1.2226
Quote Expires                     02/09/17
Financed Cov Rebate Good Until 00/00/00
After 02/08/17    Add    0.0000
  FOR SIMPLE INSURANCE PER DAY

Message: | CLICK RETURN TO EXIT | OK |
Command: |                                          | Submit | Reset | PrintAll |

EXHIBIT "F"